# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00311-CV

**Andrew Lee Taylor, Appellant**

**v.**

**Floyd Roy Taylor and Noel L. Stout, as Court-Appointed Receiver, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-22-004799, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on August 31, 2023. On September 8, 2023, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by September 18, 2023, would result in the dismissal of this appeal for want of prosecution. After this Court subsequently granted a motion requesting an extension of time to file his brief, appellant's brief was due on October 16, 2023. On December 12, 2023, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by December 22, 2023, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Kelly

Dismissed for Want of Prosecution

Filed: January 26, 2024